**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Antonio Orlando FORDHAM,
Defendant—Appellant.**

No. 08–7044.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2009.

Decided: April 30, 2009.

Antonio Orlando Fordham, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Orlando Fordham appeals the district court's order denying his pro se motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Fordham*, No. 3:05–cr–00548–CMC–14 (D.S.C. May 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*